No. 11–5594.  SMITH *v.* BALLARD, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 11–5597.  MURTISHAW *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 11–5604.  JOINES *v.* DAVIS, WARDEN.  Super. Ct. Dooly County, Ga.  Certiorari denied.

No. 11–5605.  JACK *v.* NAVY FEDERAL CREDIT UNION.  Sup. Ct. Va.  Certiorari denied.

No. 11–5607.  MARTIN *v.* CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–5611.  MCCARTHY *v.* BROWN, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 11–5613.  MILLER *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–5615.  WILLIAMS *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–5616.  WILLIAMS *v.* THOMPSON, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 11–5618.  WELDON *v.* PATE, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 11–5620.  TAYLOR *v.* VISINSKY ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–5621.  KENDRICK *v.* HARDY, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 11–5631.  JONES *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 11–5635.  URBAUER *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

